IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Gregory Phillip Amato, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 24 C 50305 |
| v. ) | |
| ) | Hon. Margaret J. Schneider |
| CVS Health Corporation, ) | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

  On July 18, 2024, Plaintiff filed two motions to proceed without prepaying the Court's filing fee [4], [5]. The Court denied both motions on July 31, 2024, noting that Plaintiff had sufficient funds to pay the $405 filing fee. The Court gave Plaintiff until September 30, 2024, to pay the filing fee [6]. The docket reflects that the Court's order was sent to Plaintiff. On October 4, 2024, after no filing fee was received from Plaintiff to the Court, the Court entered an order extending the time for Plaintiff to pay the filing fee to October 15, 2024. In that order, Plaintiff was warned that a failure to pay the filing fee by October 15, 2024, could result in a report and recommendation to the District Court for dismissal of this action with prejudice for failure to prosecute [7]. The docket reflects that the Court's order was sent to Plaintiff. Plaintiff has failed to comply with the Court's orders and pay the filing fee in this action. For these reasons, it is the Court's Report and Recommendation that this case be dismissed for want of prosecution. Fed. R. Civ. P. 41(b). Any objection to this Report and Recommendation must be filed by November 21, 2024. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260–61 (7th Cir. 1989). The Clerk is directed to email and mail a copy of this order to Plaintiff's email and home addresses, as reflected on the docket.

Date: November 7, 2024        ENTER:

                  United States Magistrate Judge