**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| Gregory Phillip Amata, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 24 CV 50305 |
| v. | ) | |
| | ) | Hon. Iain D. Johnston |
| | ) | |
| CVS Health Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On 7/31/2024 Judge Schneider denied plaintiff Gregory Amato's motion for leave to proceed in forma pauperis, and gave him to 9/30/2024 to pay the filing fee. Dkt. 6. When he missed that deadline, she sua sponte extended it to 10/15/2024 and warned the failing to pay would result in a recommendation that the case be dismissed for want of prosecution under Federal Rule of Civil Procedure 41(b). Dkt. 7. When he missed the extended deadline, Judge Schneider entered a Report and Recommendation that the case be dismissed for want of prosecution under Fed. R. Civ. P. 41(b), and gave Mr. Amato to 11/21/2024 for any objection. Dkt. 8. Mr. Amato has not objected. In the absence of any objection, and based on his continuing failure to pay the filing fee, the Court accepts Judge Schneider's Report and Recommendation [8], and dismisses this case under both Local Rule 3.2(f) for failing to pay the filing fee and under Fed. R. Civ. P. 41(b) for failure to prosecute. Civil case terminated.

Date: November 26, 2024

_____
Iain D. Johnston
United States District Judge